**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **LILLIAN ELDER,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**WALMART INC., *et al.*,**<br><br>***Defendants.*** | **CIVIL ACTION NO.**<br>**5:26-cv-00420-TES** |

## ORDER VACATING PREVIOUS ORDER

On October 15, 2026, this Court issued an order to show cause requesting that counsel for Plaintiff Lillian Elder—William H. Daniel, V—show cause why the case at issue should not be dismissed for failure to prosecute due to lack of an attorney authorized to practice law in the Middle District of Georgia, pursuant to Local Rule 83.1.2(C). That order was issued in error, because William H. Daniel, V, was admitted to practice on October 6, 2026. He is now listed as counsel of record for Plaintiff Lillian Elder, and the previous order requesting he show cause is **VACATED**.

**SO ORDERED**, this 19th day of October, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT COURT**